### 4644.  TAYLOR *v.* THE STATE.

HILL, C. J.  Where a conviction depends entirely on circumstantial evidence, and where the circumstances, when most strongly construed against the accused, are only sufficient to raise a bare suspicion of his guilt, and especially where this suspicion has been removed by uncontradicted evidence, the verdict must be set aside as contrary to law.

*Judgment reversed.*

DECIDED APRIL 16, 1913.

Conviction of larceny from house; from Chatham superior court —Judge Charlton. November 14, 1912.

*Shelby Myrick,* for plaintiff in error.
*Walter C. Hartridge, solicitor-general,* contra.